UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 1400 EYE ST., NW, SUITE 450 WASHINGTON, DC  20005, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, WASHINGTON, DC  20528, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-2236 (PLF) |

PRAECIPE

The Clerk of Court will please enter the appearance of Kathleen A. McNabb as principal counsel for defendant in the above-captioned civil action.

Dated:  January 7, 2008

/s/
Kathleen A. McNabb
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5473