UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** )<br>)<br>)<br>**Defendant.** ) | CIVIL ACTION NO. 07-cv-02236 |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that C. LEE REEVES, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendant.

Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General
ELIZABETH SHAPIRO
Civil Division, Federal Programs Branch

_____/s/_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C. 20530
Telephone: (202) 514-4805
Facsimile: (202) 616-8470
Email: lee.reeves@usdoj.gov

Attorneys for the United States of America