UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:07-cv-02236 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Undersigned counsel respectfully requests that the Court grant Defendant United States Department of Homeland Security ("DHS") an extension of time to file an answer to Plaintiff's Complaint in the above-captioned matter. Defendant has not previously requested an extension of time. As it currently stands, Defendant's answer is due Monday, January 14, 2008.

In this Freedom of Information Act case, Plaintiff seeks, *inter alia*, (i) reversal of an adverse fee waiver determination by DHS; and (ii) production of various documents. Based on recent conversations with DHS representatives and Plaintiff's counsel, undersigned counsel anticipates that DHS and Plaintiff may come to a resolution that would moot some or all of the issues in this case. Accordingly, DHS respectfully requests that the Court grant a thirty (30) day extension of time for DHS to respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with Plaintiff's counsel on this request, and Plaintiff does not oppose this request.

Respectfully submitted,

JEFFREY BUCHOLTZ

Acting Assistant Attorney General
ELIZABETH SHAPIRO
Civil Division, Federal Programs Branch

_____/s/_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C.  20530
Telephone:  (202) 514-4805
Facsimile:   (202) 616-8470
Email: lee.reeves@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) ) |
| **Defendant.** | ) |

CIVIL ACTION NO. 1:07-cv-02236

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1(d), I hereby certify that on January 14, 2008, I served Defendant's Motion on the Plaintiff via the Court's ECF system.

_____/s/_____
C. LEE REEVES