```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

CITIZENS FOR RESPONSIBILITY        )
  AND ETHICS IN WASHINGTON,        )
                                   )
      Plaintiff,                   )
                                   )
      v.                           )  Civil Action No. 07-2236 (PLF)
                                   )
U.S. DEPARTMENT OF HOMELAND        )
  SECURITY,                        )
                                   )
      Defendant.                   )
_____)

## PRAECIPE

The Clerk of Court will please withdraw the appearance of Kathleen A. McNabb as principal counsel for defendant in the above-captioned civil action.


Dated: January 15, 2008

/s/
KATHLEEN A. MCNABB
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC 20530-0001
(202) 616-5473