UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY | ) | |
| AND ETHICS IN WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-02236 |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT AND MOTION TO STAY LITIGATION

Pursuant to the Court's Order dated February 19, 2008, plaintiff and defendant jointly

file this Status Report and Motion to Stay Litigation in the above-styled case. Plaintiff Citizens

for Responsibility and Ethics in Washington ("CREW") filed a Freedom of Information Act

("FOIA") request with defendant United States Department of Homeland Security ("DHS"). In

this litigation, CREW is alleging, *inter alia*, that DHS has failed to fulfill plaintiff's request for

records under the FOIA. Pursuant to the parties' Joint Motion to Stay dated February 13, 2008,

plaintiff and defendant agreed that defendant would produce the following documents:

(1) Any and all documents containing a statement of the policy that Secretary Chertoff

should follow regarding the use of email. This request is not limited to documents that

originated at DHS, and includes any document containing such a statement of policy, regardless

of the agency in which that document originated. CREW also specifically seeks representative

copies of e-mails that have been sent by Secretary Chertoff from his U.S. government-issued

e-mail account and that pertain to official government business, dating from March 1, 2005 to the

date of CREW's FOIA request.[1]

To the extent that DHS possesses copies of e-mail messages that have been sent by the Secretary from any private e-mail account and that pertain to official government business, CREW additionally requests representative copies of such e-mails, up to 13 in total, for the time period dating from March 1, 2005 through March 2, 2007. CREW is not seeking any information that would be subject to an exemption under the FOIA.

(2) Any and all schedules or calendars pertaining to inter-agency meetings attended by Secretary Chertoff from March 1, 2005 through June 30, 2007.[2] In this respect, CREW is seeking only Secretary Chertoff's calendars and/or schedules, and is not making the broader request for any calendar and/or schedule maintained by other individuals who may have had a meeting with Secretary Chertoff.

To date, DHS has located no documents responsive to Request #1 above. Regarding Request #2, DHS has produced to CREW responsive calendar entries for the time period of February 2005 through March 2007 – a total of approximately 1,928 pages.

CREW and DHS agree as follows:

---

[1] As used in this request, the term "representative copies" means as follows: "Representative" copies-- CREW requests copies of individual e-mails sent by Secretary Chertoff from his government-issued e-mail account, one each on a bi-monthly time basis for the time period dating from March 1, 2005 through the present. Thus, the response to this request should consist of at least one e-mail for each of the time periods dating from 1) March 1, 2005 through May 1, 2005; 2) May 2, 2005 through July 2, 2005; and so on, up to and including 13) March 2, 2007 through the date of CREW's FOIA request. CREW is not seeking any information in any of these e-mails that would be subject to an exemption under the FOIA.

[2] In an effort to resolve an ambiguity in the February 13, 2008 joint motion to stay, the parties have recently agreed that the "end date" for production for Request #2 above would be June 30, 2007.

(i)     In addition to the calendar entries already produced, DHS will further
        furnish to CREW responsive, non-exempt calendar entries through June
        30, 2007;

(ii)    DHS has decided to review certain prior production decisions, and
        contemplates that it may decide to release calendar entries for which it
        currently claims an exemption or exemptions under FOIA; and

(iii)   DHS will re-review to ensure that no responsive, non-exempt calendar
        entries for August 30, 2005 exist.[3]

(iv)    To the extent that DHS locates any responsive, non-exempt documents not
        already produced to CREW pursuant to (i)-(iii) above, DHS will produce
        such documents on a rolling basis.

To permit DHS to accomplish the above, the parties respectfully request that this Court

stay the litigation through Monday, June 30, 2008.


## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court issue a stay of the

instant litigation through June 30, 2008.

---

[3]Plaintiff notes that while defendant has produced over two years worth of calendar
records, including the time period August 22, 2005 through September 7, 2005, it has produced
no calendar records for August 30, 2005. DHS claims to have no responsive calendar entries for
this date, a claim that, in plaintiff's view, is lacking in credibility. Hurricane Katrina reached its
apex along the U.S. Gulf Coast on August 30, 2005, and FEMA, a component of DHS, was
charged with responding to the emerging crisis. Indeed, the records defendant has produced
reflect that Secretary Chertoff participated in interagency briefings or meetings on both August
29, 2005 and August 31, 2005. Plaintiff notes this omission in defendant's production in the
hope that defendant will locate and produce calendar records for August 30, 2005 as quickly as
possible and thereby obviate the need to litigate the adequacy of defendant's search to date.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
ELIZABETH SHAPIRO
Civil Division, Federal Programs Branch

_____
WILLIAM C. HOLMES
D.C. Bar # 495186
ANNE L. WEISMANN
D.C. Bar # 298190
MELANIE SLOAN
D.C. Bar # 434584
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, NW; Suite 450
Washington, D.C. 20005
Tel: (202) 408-5565
Counsel for Plaintiff


Dated: May 16, 2008

_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C. 20530
Telephone: (202) 514-4805
Facsimile: (202) 616-8470
Email: lee.reeves@usdoj.gov
Attorneys for the United States of America

4