UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF HOMELAND SECURITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:07-cv-02236 <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT AND MOTION TO STAY LITIGATION**

Pursuant to the Court's Order dated May 20, 2008, plaintiff and defendant jointly file this Status Report and Motion to Stay Litigation in the above-styled case. Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed a Freedom of Information Act ("FOIA") request with defendant United States Department of Homeland Security ("DHS"). In this litigation, CREW is alleging, *inter alia*, that DHS has failed to fulfill plaintiff's request for records under the FOIA. Pursuant to the parties' Joint Motion to Stay dated May 16, 2008, plaintiff and defendant agreed that defendant would produce the following documents:

(1) Any and all documents containing a statement of the policy that Secretary Chertoff should follow regarding the use of email. This request is not limited to documents that originated at DHS, and includes any document containing such a statement of policy, regardless of the agency in which that document originated. CREW also specifically seeks representative copies of e-mails that have been sent by Secretary Chertoff from his U.S. government-issued e-mail account and that pertain to official government business, dating from March 1, 2005 to the

date of CREW's FOIA request.[1]

To the extent that DHS possesses copies of e-mail messages that have been sent by the Secretary from any private e-mail account and that pertain to official government business, CREW additionally requests representative copies of such e-mails, up to 13 in total, for the time period dating from March 1, 2005 through March 2, 2007. CREW is not seeking any information that would be subject to an exemption under the FOIA.

(2) Any and all schedules or calendars pertaining to inter-agency meetings attended by Secretary Chertoff from March 1, 2005 through June 30, 2007. In this respect, CREW is seeking only Secretary Chertoff's calendars and/or schedules, and is not making the broader request for any calendar and/or schedule maintained by other individuals who may have had a meeting with Secretary Chertoff.

To date, DHS has located no documents responsive to Request #1 above. Regarding Request #2, DHS has produced to CREW responsive calendar entries for the time period of February 2005 through June 2007 – a total of approximately 2,174 pages. Included within these 2,174 pages were documents detailing the Secretary's whereabouts on August 30, 2005, a date of particular concern to plaintiff.

In order to give the parties time to determine what issues, if any, remain disputed, CREW

---

[1] As used in this request, the term "representative copies" means as follows: "Representative" copies-- CREW requests copies of individual e-mails sent by Secretary Chertoff from his government-issued e-mail account, one each on a bi-monthly time basis for the time period dating from March 1, 2005 through the present. Thus, the response to this request should consist of at least one e-mail for each of the time periods dating from 1) March 1, 2005 through May 1, 2005; 2) May 2, 2005 through July 2, 2005; and so on, up to and including 13) March 2, 2007 through the date of CREW's FOIA request. CREW is not seeking any information in any of these e-mails that would be subject to an exemption under the FOIA.

and DHS respectfully request that this Court stay the instant litigation until July 31, 2008, by which time the parties will inform the Court of any outstanding issues that remain.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court issue a stay of the instant litigation through July 31, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH SHAPIRO
Civil Division, Federal Programs Branch

| | |
|---|---|
| /s C. Lee Reeves   (with permission) | /s C. Lee Reeves |
| ANNE L. WEISMANN | C. LEE REEVES |
| D.C. Bar # 298190 | Trial Attorney |
| MELANIE SLOAN | Civil Division, Federal Programs Branch |
| D.C. Bar # 434584 | United States Department of Justice |
| Citizens for Responsibility and | 20 Massachusetts Ave., N.W., Room 7109 |
| Ethics in Washington | Washington, D.C. 20530 |
| 1400 Eye Street, NW; Suite 450 | Telephone:  (202) 514-4805 |
| Washington, D.C.  20005 | Facsimile:   (202) 616-8470 |
| Tel: (202) 408-5565 | Email: lee.reeves@usdoj.gov |
| Counsel for Plaintiff | Attorneys for the United States of America |

Dated: June 27, 2008