# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civil Action No. 1:07-cv-02236 (PLF) |

## JOINT STATEMENT AND MOTION TO STAY LITIGATION

Pursuant to the Court's Order dated July 28, 2008, plaintiff and defendant jointly file this Statement and Motion to Stay Litigation in the above-styled case. Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed a Freedom of Information Act ("FOIA") request with defendant United States Department of Homeland Security ("DHS"). In this litigation, CREW is alleging, *inter alia*, that DHS has failed to fulfill plaintiff's request for records under the FOIA.

Defendant has now completed its processing of CREW's request and the parties are working to narrow, if not eliminate, any further issues. In order to give the parties time to determine whether they can resolve this matter without further litigation, CREW and DHS respectfully request that this Court stay the instant litigation through August 29, 2008, by which time the parties will inform the Court of any outstanding issues that remain.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court issue a stay of the instant litigation through August 31, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH SHAPIRO
Civil Division, Federal Programs Branch

| ____/s/_____ | ____/s/_____ |
|---|---|
| ANNE L. WEISMANN | C. LEE REEVES |
| D.C. Bar # 298190 | Trial Attorney |
| MELANIE SLOAN | Civil Division, Federal Programs Branch |
| D.C. Bar # 434584 | United States Department of Justice |
| Citizens for Responsibility and | 20 Massachusetts Ave., N.W., Room 7109 |
| Ethics in Washington | Washington, D.C. 20530 |
| 1400 Eye Street, NW; Suite 450 | Telephone:  (202) 514-4805 |
| Washington, D.C.  20005 | Facsimile:   (202) 616-8470 |
| Tel: (202) 408-5565 | Email: lee.reeves@usdoj.gov |
| Counsel for Plaintiff | Attorneys for the United States of America |

Dated: July 28, 2008