UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )  )  )  Plaintiff,  )  )  v.   )  )  U.S. DEPARTMENT OF HOMELAND SECURITY,   )  )  )  Defendant.   )   ) | Civil No. 07-2236 (PLF) |

**PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Anne L. Weismann hereby enters an appearance as lead counsel on behalf of plaintiff Citizens for Responsibility and Ethics in Washington. Counsel requests that copies of court orders, filings and other court papers be sent by Electronic Case Filing to Anne L. Weismann in place of W. Clifton Holmes, former lead counsel of record.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
D.C. Bar No. 298190
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
(202) 408-5565

Dated:  July 28, 2008